

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00369-CV

Robert **GARCIA**,
Appellant

v.

**SOUTH SAN ANTONIO INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-09073
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, appellant's unopposed motion to dismiss appeal is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against the parties who have incurred them.

SIGNED November 6, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice